1
2
3
4
5
6
7
8                          IN THE UNITED STATES DISTRICT COURT
9                      FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11    LEWIS DALE BANKSTON,                        No. C 07-01819 CRB
12              Petitioner,                       **ORDER TO SHOW CAUSE**
13       v.
14    BEN CURRY, Acting Warden,
15              Respondent.
      _____/
16

17         Now pending before the Court is petitioner Lewis Dale Bankston's petition for habeas

18    corpus challenging the denial of parole.  The Court has reviewed the petition and finds that

19    while it states a claim, it does not make clear precisely what legal claims petitioner makes.

20    Accordingly, petitioner shall file a brief written summary of his claims.  The summary should

21    number each claim and describe the claim in one paragraph or less.   Petitioner need not

22    make arguments in support of the claims, he need only identify the claims.  Such a summary

23    will assist the Respondent in answering the claims and the Court in deciding this habeas

24    petition.

25         Petitioner shall file his written summary on or before April 27, 2007.  Respondent

26    shall file his answer within 30 days of the filing of petitioner's summary.  Petitioner may file

27    //

28    //

      //

United States District Court
For the Northern District of California

1

2  a traverse within 30 days of the filing of Respondent's answer.

3      **IT IS SO ORDERED.**

4

5  Dated: April 4, 2007

      _____
      CHARLES  R. BREYER
      UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California