IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEWIS DALE BANKSTON,<br><br>    Petitioner,<br><br>  v.<br><br>BEN CURRY, Acting Warden,<br><br>    Respondent.                    / | No. C 07-01819 CRB<br><br>**ORDER TO SHOW CAUSE** |

     Now pending before the Court is petitioner Lewis Dale Bankston's petition for habeas corpus challenging the denial of parole. The Court has reviewed the petition and finds that while it states a claim, it does not make clear precisely what legal claims petitioner makes. Accordingly, petitioner shall file a brief written summary of his claims. The summary should number each claim and describe the claim in one paragraph or less. Petitioner need not make arguments in support of the claims, he need only identify the claims. Such a summary will assist the Respondent in answering the claims and the Court in deciding this habeas petition.

     Petitioner shall file his written summary on or before April 27, 2007. Respondent shall file his answer within 30 days of the filing of petitioner's summary. Petitioner may file

//

//

//

a traverse within 30 days of the filing of Respondent's answer.

**IT IS SO ORDERED.**

Dated: April 4, 2007

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE