United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LEWIS DALE BANKSTON,

    Petitioner,

  v.

BEN CURRY, Acting Warden,

    Respondent.
                                /

No. C 07-01819 CRB

**ORDER TO SHOW CAUSE**

On April 2, 2007, the Court ordered petitioner to file a brief written summary of his claims and for the Respondent to file his answer within 30 days of the filing of petitioner's summary. It has come to the Court's attention that the Order was never served on Respondent. Accordingly, Respondent is now ordered to file an answer on or before October 19, 2007.

**IT IS SO ORDERED.**

Dated: September 10, 2007

                                        CHARLES R. BREYER
                                        UNITED STATES DISTRICT JUDGE

G:\CRBALL\2007\1819\ordertoshowcause2.wpd