**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LEWIS DALE BANKSTON,

    Petitioner,

  v.

BEN CURRY, Warden,

    Respondent.
                                    /

No. C 07-1819 CRB

**JUDGMENT**

    Having denied Lewis Dale Bankston's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, judgment is hereby entered in favor of Respondent and against Petitioner.

    **IT IS SO ORDERED.**

Dated: March 31, 2010

                                                        CHARLES R. BREYER
                                                        UNITED STATES DISTRICT JUDGE