IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEWIS DALE BANKSTON,<br><br>    Petitioner,<br><br>  v.<br><br>BEN CURRY, Warden,<br><br>    Respondent.              / | No. C 07-1819 CRB<br><br>**CERTIFICATE OF APPEALABILITY** |

Now before the Court is petitioner's request for issuance of a certificate of appealability ("COA"). A judge shall grant a COA "if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). "Where a district court has rejected the constitutional claims on the merits, the showing required to satisfy § 2253(c) is straightforward: the petitioner must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

Here, the Court GRANTS a certificate of appealability with respect to Petitioner's claim that he was improperly denied parole.

**IT IS SO ORDERED.**

Dated: June 4, 2010

                          CHARLES R. BREYER
                          UNITED STATES DISTRICT JUDGE

G:\CRBALL\2007\1819\Certificate of Appealability.wpd